OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 AUSTIN 5,
 ,
Q-CM1m
A-o-

 IionorablaOrore@ 8. ShrpD8rb
 Coaptrollrr of Pub110 Aeoouat*
 Justin, T.xar

 mar Sir:

 u8at for our
 oplnlon on how oorrrot amount
 of taxes on 08r 8 you b8vr girrn _
 UI.
 r rnd thr inromtion
 lth you, carbon blaok
 PI or nsturrl in

 Y&~orfatr that you ars having ditfioulty in
 arrlvhg at 8 value on rhich to il?urr thr oarbon black
 tax prr8orlbrd in hOtiOn 45 Of Art1018 ‘7047Of V8rnOn'O
 AMotatd Clri). SbtUtr@ Of TWB. Tou adrlsr that nom
 oi the carbon blrak prohC8r* rant to drduot from thr
 prloe, ror which thr comno~it? lr mold at the alrtant
 2arkat3, euch ~xpsI?~es *e paokll?- Tieterlnl, shipping
 lobor, shippi= x-?terla 1, O~i88iOU, technical sxprns~,
 rrproca~ring ccat, sad warahousl~.